# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154576(18)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSHUA LOPP,
        Defendant-Appellant.
_____/

SC:  154576
COA:  332119
Wayne CC:  09-004221-FC

On order of the Chief Justice, the motion of defendant-appellant to file a pro se supplement to his application for leave to appeal is GRANTED.  The supplement submitted on February 21, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2017



Clerk